UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM ANDREW BEASLEY,

                              Plaintiff,

        -v-

CITY OF NEW YORK, and POLICE OFFICERS JOHN DOES #1-5,

                              Defendants.

21 Civ. 5956 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    In light of this case's referral to mediation, the initial pretrial conference, initially scheduled for November 10, 2021 at 10 a.m., Dkt. 7, is adjourned pending the outcome of that mediation.

    SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: November 9, 2021
         New York, New York